

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-18-00213-CR

---

MICHAEL AARON MEARES                                                    APPELLANT

V.

THE STATE OF TEXAS                                                              STATE

----------

FROM THE 297TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 1498158D

----------

## MEMORANDUM OPINION[1]

----------

Michael Aaron Meares attempts to appeal from his state-jail-felony conviction for possession of less than one gram of a controlled substance—methamphetamine. *See* Tex. Health & Safety Code Ann. § 481.115(b) (West 2017). Meares pleaded guilty pursuant to a plea bargain, and in accordance with the plea bargain, he was sentenced to one year in a state-jail facility. And

---

[1]*See* Tex. R. App. P. 47.4.

consistent with that plea, the "Trial Court's Certification of Defendant's Right of Appeal" states that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2).

On May 22, 2018, we notified Meares that his appeal could be dismissed based on the trial court's certification unless he or any party desiring to continue the appeal filed a response on or before June 1, 2018, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 44.3. No timely response has been filed.[2]

In accordance with the trial court's certification, we dismiss Meares's appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

/s/ Elizabeth Kerr
ELIZABETH KERR
JUSTICE

PANEL:  KERR, PITTMAN, and BIRDWELL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  August 9, 2018

---

[2]Meares filed a late response on June 19, 2018. Even with Meares's late response, the record does not show either that he wants to appeal a trial-court ruling on a pretrial motion that was disposed of before trial or that the trial court granted him permission to appeal. *See* Tex. R. App. P. 25.2(a)(2).